UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JORGE LUIS SR WARIO, an individual, and MARIA ISABEL WARIO, an individual,

Plaintiffs,

vs.

GENERAL MOTORS LLC, a Delaware limited liability company, and DOES 1-10, inclusive,

Defendants.

Case No.: 1:25-cv-01720-KES-FJS

ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER

(ECF No. 24)

Having considered the parties' joint stipulation to modify scheduling order (ECF No. 24), the court finds good cause and hereby orders modification of the scheduling order (ECF No. 16) as follows:

| | |
|---|---|
| Fact discovery cutoff: | 11/6/26 |
| Initial expert disclosures: | 11/16/26 |
| Rebuttal expert disclosures: | 11/27/26 |
| Expert discovery cutoff: | 12/30/26 |

IT IS SO ORDERED.

Dated: **September 25, 2026**



UNITED STATES MAGISTRATE JUDGE